# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Reginald Gilbertbey )
)
)
Plaintiff )
vs. )    No.    CA 05-69 Erie
United States of America, et al )
)
)
Defendants )

HEARING ON    October 5, 2005

Before    U. S. Magistrate Judge Susan Paradise Baxter

Reginald Gilbertbey, pro se            Jessica Smolar, Esq., AUSA
                                       Roberta Truman, Esq. - BOP

Appear for Plaintiff                   Appear for Defendant

Hearing Begun  10:12                   Hearing Adjourned to  10:35
                                       Denise Grill
Hearing concluded C.A.V.                Stenographer ~~Janis Ferguson~~
                                       CD:        Index:

WITNESSES
For Plaintiff                          For Defendant

Motion to Compel [Document #2] is liberally construed as a motion for injunctive relief. Motion is dismissed as moot.

C. Sander
Law Clerk