IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINALD T. GILBERTBEY            )
                Plaintiff        )
                              )
       v.                        )        C.A. No. 05-69
                              )
UNITED STATES OF AMERICA, et al   )
               Defendants        )

**O R D E R**

AND NOW, this <u>9th</u> day of December, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before December 30, 2005 for his failure to cooperate with the U.S. Marshal Service in their efforts to serve the complaint in the above-captioned matter.  Failure to comply with this Order will result in the dismissal of the case for failure to prosecute.

<u>S/ Susan Paradise Baxter</u>
Susan Paradise Baxter
CHIEF UNITED STATES MAGISTRATE JUDGE