CA 05-69 E

The Honorable Clerk of the Court
U.S. District Courthouse
17 Park Row
Erie, Pennsylvania 16501

27 December 2005

RE: NOTICE OF ADDRESS CHANGE

Dear Clerk:

Please be advised of my new address as follows. Currently I do not have my personal property and can not provide the civil docket number for such pending action. However, I ask that you please accept this notice and process such accordingly.

Also, please find enclose a Self-Addressed-Stamped-Envelope by which I humbly request a ceritified-time-dated and stamped copy of this notice to be returned too me please.

In advance, I thank you very much.

Amiably Yours,

Reginald T. gilbertBey
Reg. No. 03854-078
United States Penitentiary-
Allenwood
P.O. Box 3500
White Deer, Pa. 17887

cr/RTGB