

**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*December 30, 2005*

*Amy Reynolds Hay*
*U.S. Magistrate Judge*
*U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, Pa. 15219*

*CASE #* **CA-05-0069**

*Dear Judge Hay,*

*On* **11/04/05** *a letter was sent to your office informing you that a request for directions for service had been sent to* **Reginald Golbertbey** *but had not been received on the above mentioned case for defendant(s)* **USA Inc., DOJ, BOP, FCI McKean, U.S. Attorney and the U.S. Attorney General** *and requesting that this office be advised if further action was taken or needed to be taken.*

*It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.*

*Sincerely,*

*Thomas Fitzgerald*
*United States Marshal*
*Western District of Pennsylvania*

*By: Sheila Blessing*
*    Administrative Assistant*
*    United States Marshals Service*
*    Western District Of Pennsylvania*



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*November 4, 2005*

*Amy Reynolds Hay*
*U.S. Magistrate Judge*
*U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, Pa. 15219*

*CASE #* **CA-05-0069**

*Dear Judge Hay,*

*On* **08/10/05** *a letter requesting directions for service was mailed to* **Reginald Gilbertbey, #03854-078 at FCI Mckean, P.O. Box 8000, Bradford, Pa. 16701.**

*Attached is a/are copy/copies of the letter.  As of this date directions for service has/have not been received for defendant(s)* **United States of America, Inc., Department of Justice, Federal Bureau of Prisons, FCI McKean, the United States Attorney and the United States Attorney General.**  *Therefore, service has not been attempted on this/these named defendant(s).  Please advise this office if further action is taken or needs to be taken.*

*Sincerely,*

*Thomas M. Fitzgerald*
*United States Marshal*
*Western District of Pennsylvania*

*By:  Sheila Blessing*
*Administrative Assistant*
*United States Marshals Service*
*Western District Of Pennsylvania*



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

*August 10, 2005*

*Reginald Gilbertbey, #03854-078*
*FCI McKean*
*P.O. Box 8000*
*Bradford, Pa.  16701*

*Dear Mr./Ms. Gilbertbey,*

*Per Court Order dated 08/03/05 for case no. CA-05-0069 you are required to provide the U.S. Marshals Service with directions for service of **each defendant**.  Please complete the enclosed U.S.M. 285(s)- **for each of defendant(s) United States of America, INC., Department of Justice, Federal Bureau of Prisons, FCI McKean, the United States Attorney and the United States Attorney General** and return it/them as soon as possible.  Please ensure that each form is completed with **proper and correct names and addresses**. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.*

*If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.*

*Sincerely,*

*THOMAS M. FITZGERALD*
*UNITED STATES MARSHAL*
*WESTERN DISTRICT OF PENNSYLVANIA*

*By:  Sheila Blessing*
*    Administrative Support Assistant*
*    United States Marshals Service*
*    Western District of Pennsylvania*

*ENCLOSURES*