# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Reginald Gilbertbey )
_____ )
_____ )
                Plaintiff )
         vs.              )    No. 05-69 Erie
United States of America, et al. )
_____ )
_____ )
                Defendant )

HEARING ON   January 17, 2006

Before   U. S. Magistrate Judge Susan Paradise Baxter

Reginald Gilbertbey, pro se            Jessica Smolar, Esq - AUSA
                                        Roberta Truman - BOP
_____        _____
      Appear for Plaintiff                   Appear for Defendant

Hearing Begun  2:15                    Hearing Adjourned to  7:35

Hearing concluded C.A.V.                Stenographer Ron Bench
                                        CD:          Index:

                          WITNESSES
        For Plaintiff                        For Defendant

A new service order will be issued.
The Clerk of Courts will forward service forms to Plaintiff.