IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINALD T. GILBERTBEY,              )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CIVIL ACTION NO. 05-69E
                                     )
UNITED STATES OF AMERICA, et al.     )   Judge Sean J. McLaughlin
                                     )   Magistrate Judge Susan Paradise Baxter
        Defendant.                   )

## DECLARATION OF ROBERTA M. TRUMAN

1.   I, Roberta M. Truman, do hereby declare that I am an Attorney in the Northeast Regional Office. Prior to this position I was the Attorney for the Federal Correctional Institution in Fairton, New Jersey. I have worked for the Federal Bureau of Prisons as an Attorney since December 17, 1989.

2.   I am familiar with the nationwide computerized data-base known as Sentry. Sentry is designed to track information about inmates such as institution history and administrative remedies.

3.   Sentry shows that Reginald T. Gilbert-Bey, Reg. No. 03854-078, is currently incarcerated at the United States Penitentiary (U.S.P.) in Allenwood, Pennsylvania. He transferred there on December 15, 2005, from the Federal Correctional Institution in McKean County, Pennsylvania, (FCI McKean).

4.   The BOP has a procedure for inmates to file their "complaints" for administrative review through the Administrative Remedy Program. 28 C.F.R. Part 542. Since July 1, 1990, all such appeals would in due course be reflected by the nationwide computer program known as Sentry concerning administrative remedy requests.

5.     A review of Sentry shows Mr. Gilbert-Bey began his current term of incarceration in 1993 and has a projected date for release in 2018. During this period of incarceration, he has filed 118 Administrative Remedy Requests.

6.     Sentry shows on November 4, 2005, Mr. Gilbert-Bey filed an Administrative Remedy Request with the Warden of FCI McKean seeking medical treatment. The Warden <u>granted</u> his request on November 22, 2005. On November 5, 2005, he filed another Administrative Remedy with the Warden seeking dental care. Sentry records this request as being denied. The actual written response by the Warden, which I obtained and reviewed, states he will be seen by the dentist. I have verified that on November 16, 2005, Mr. Gilbert-Bey was seen by the dentist at FCI McKean.

7.     Subsequent to these requests, Sentry shows Mr. Gilbert-Bey has not appealed these responses, nor has he filed additional requests concerning medical or dental treatment at U.S.P. Allenwood.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2006,

*Roberta M. Truman* (signature)
Roberta M. Truman
Assistant Regional Counsel