IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD T. GILBERTBEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-69E |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Defendant. | ) | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff's Motion for Medical Treatment and Defendants' Response in Opposition thereto,

IT IS ORDERED that Plaintiff's Motion is hereby dismissed and the telephonic hearing previously scheduled for February 15, 2006 is hereby cancelled.

_____
UNITED STATE DISTRICT JUDGE