USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| REGINALD THADDEUS GILBERTBEY | CAE05-0069 |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES OF AMERICA, et al | SERVICE OF SUMMONS/PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPARTMENT OF JUSTICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

REGINALD T. GILBERTBEY
REG. NO. 03854-078
UNITED STATES PENITENTIARY ALLENWOOD
P.O. BOX 3000
WHITE DEER, PENNSYLVANIA 17887

Number of process to be served with this Form 285:
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date 3/14/06   Time ☐ am ☐ pm
Signature of U.S Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS  3-9-06   98438306363

PRINT 5 COPIES: 1 CLERK OF THE COURT  2 USMS RECORD  3 NOTICE OF SERVICE  4 BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal  5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 8020 6363 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| 3. Service Type **CERTIFIED MAIL** | C. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | D. Is delivery address different from item 1? If YES, enter delivery address below: FEB 1 6 2006 | ☐ Yes ☐ No |

1. Article Addressed to:

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVNEUE, N.W.
WASHINGTON, D.C.  20530

5-..., O/S/C, 2/9/06, SRB

PS Form 3811, January 2003                                   Domestic Return Receipt