```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| REGINALD T. GILBERTBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-69E |
| v. ) | |
| ) | Judge Sean J. McLaughlin |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | Magistrate Judge Baxter |
| Defendants. ) | *Electronically Filed* |

O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss heretofore filed by defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Amended Complaint of plaintiff Reginald T. Gilbertbey is dismissed with prejudice and with costs being assessed against Plaintiff.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

cc:  Reginald T. Gilbertbey, pro se
     All counsel of record