IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD T. GILBERTBEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 05-69E |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | Magistrate Judge Baxter |
| Defendants. | ) | *Electronically Filed* |

**JUDGMENT**

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for Summary Judgment heretofore filed by Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendants and against Plaintiff Reginald T. Gilbertbey. IT IS FURTHER ORDERED that the Amended Complaint of Plaintiff is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

cc: Reginald T. Gilbertbey, pro se

  Jessica Lieber Smolar
  Assistant U.S. Attorney