# Exhibit A

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

Reginald T. Gilbert Bey,  :
    Plaintiff  :
                              :
       v.                        :  Case No.
                              :    05-69(Erie)
United States of America, et al.,  :
    Defendants  :

## DECLARATION OF ROBERTA M. TRUMAN

1.   I, Roberta M. Truman, do hereby declare that I am an Attorney in the Northeast Regional Office.  Prior to this position I was the Attorney for the Federal Correctional Institution in Fairton, New Jersey.  I have worked for the Federal Bureau of Prisons as an Attorney since December 17, 1989.

2.   I am familiar with the nationwide computerized data-base known as Sentry.  Sentry is designed to track information about inmates such as sentence calculation, institution history and administrative remedies.

3.   Sentry shows that Plaintiff Reginald Thaddeus Gilbert-bey, Reg. No. 03854-078, is currently incarcerated for convictions of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A), and 18 U.S.C. § 1952, conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, intent to facilitate distribute cocaine with violence, by the United States District Court for the Eastern District of Texas.  He was sentenced on April 9, 1993, and ordered to serve 360 months incarceration followed by 5 years supervised release.  He began service of his sentence immediately.  His projected date for release is August 26, 2018 via good conduct time earned.

1

Attached to this declaration as Exhibit 1 is a true and accurate copy of the Public Information Data Sheet for Reginald Thaddeus Gilbert-bey, Reg. No. 03854-078.

4.   Exhibit 2 also shows he was designated to the Federal Correctional Institution in McKean County, Pennsylvania, (FCI McKean) from November 18, 2004 until December 16, 2005 when he was transferred to the United States Penitentiary (U.S.P.) in Allenwood, Pennsylvania.  He is still housed at USP Allenwood.

5.   The BOP has a procedure for inmates to file their "complaints" for administrative review through the Administrative Remedy Program. 28 C.F.R. Part 542.  Since July 1, 1990, all such appeals would in due course be reflected by the nationwide computer program known as Sentry concerning administrative remedy requests.  Mr. Gilbert-Bey began his current term of incarceration in 1993.  During this entire period of incarceration, he has filed 131 Administrative Remedy requests.

6.   Sentry shows Mr. Gilbert-Bey filed many Administrative Remedy requests while housed at FCI McKean, but he did not exhaust any of the issues of the complaint or amended complaint. Administrative Remedy No. 394510-F1, filed on November 4, 2005, with the Warden of FCI McKean sought medical treatment.  The Warden **granted** his request on November 22, 2005.  He did not appeal this response.  On November 5, 2005, he filed Administrative Remedy No. 394520-F1 with the Warden seeking dental care.  This request was denied, and he did not file an appeal.  He did not file any other Administrative Remedy Requests concerning his medical or dental care at FCI McKean.  On November 4, 2005, he filed Administrative Remedy No. 394670-F1 claiming staff took his legal paperwork.  On December 14, 2005, the Warden

2

responded with an explanation, so it was neither granted or denied. Even so, Plaintiff could have filed an appeal, but he did not. Furthermore, he did not file any other request related to the issues of this complaint or the amended complaint, including a hunger strike.

7. In the amended complaint, Mr. Gilbert-Bey referenced his hunger strike while housed at FCI McKean. When an inmate goes on a hunger strike, it is the BOP's responsibility to monitor the health and welfare of the inmate and follow procedures to preserve life. 28 C.F.R. § 549.60. A review of the Special Housing Unit (SHU) records shows he declared a hunger strike on Wednesday morning, May 18, 2002. He then refused the next 9 meals. 28 C.F.R. § 549.61. On Friday May 20, 2002, he was placed in a cell alone and his intake and output of fluids, as well as his weight, were monitored and recorded. 28 C.F.R. § 549.62(b). Staff recorded he was offered an adequate supply of drinking water and 3 meals per day. 28 C.F.R. § 549.64. The SHU records show he was seen by a Physician Assistant (PA), by the psychologist, and by a physician on a routine basis during the hunger strike. When a physician determines the inmate's life or health is threatened, involuntary medical treatment is then considered. 28 C.F.R. § 549.65(a). Prior to involuntary medical treatment being initiated, staff must make reasonable efforts to convince the inmate to voluntarily accept treatment, including an explanation of the involuntary treatment procedure through a nasogastric tube, as referenced in the amended complaint. 28 C.F.R. § 549.65(b). It is routine for staff to explain the involuntary treatment of an inmate on a hunger strike long before the treatment is considered necessary. If Plaintiff did not want this feeding, he could voluntarily drink the medical treatment and avoid the nasogastric tube. Plaintiff remained on the hunger

3

strike until June 9, 2005 before he voluntarily accepted treatment of the hunger strike and avoided the nasogastric tube. As stated earlier, he did not file an Administrative Remedy concerning his hunger strike.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2006,

*Roberta M. Truman*
Roberta M. Truman
Assistant Regional Counsel

4

Exhibit 1

```
NERGX               *           PUBLIC INFORMATION          *      06-26-2006
PAGE 001            *              INMATE DATA              *      14:28:14
                                AS OF 06-26-2006

REGNO..: 03854-078 NAME: GILBERT-BEY, REGINALD THADDEUS

                      RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
FBI NUMBER.: 713832N3                     RACE/SEX...: BLACK / MALE
PROJ REL MT: GOOD CONDUCT TIME RELEASE    DOB/AGE....: 09-20-1957 / 48
PROJ REL DT: 08-26-2018                   PAR ELIG DT: N/A
                                          PAR HEAR DT: N/A
------------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL    ASSIGNMENT  DESCRIPTION                       START DATE/TIME  STOP DATE/TIME
ALP    A-DES       DESIGNATED, AT ASSIGNED FACIL     12-20-2005 0710  CURRENT
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL     12-20-2005 0710  12-20-2005 0710
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    12-20-2005 0545  12-20-2005 0710
LEW    HLD REMOVE  HOLDOVER REMOVED                  12-20-2005 0545  12-20-2005 0545
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF     12-16-2005 1530  12-20-2005 0545
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL     12-16-2005 1530  12-16-2005 1530
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    12-16-2005 1046  12-16-2005 1530
MCK    TRANSFER    TRANSFER                          12-16-2005 1046  12-16-2005 1046
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL     10-31-2005 1129  12-16-2005 1046
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     10-31-2005 0849  10-31-2005 1129
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL     11-18-2004 0900  10-31-2005 0849
S42    RELEASE     RELEASED FROM IN-TRANSIT FACL     11-18-2004 0900  11-18-2004 0900
S42    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    11-18-2004 0526  11-18-2004 0900
LEW    HLD REMOVE  HOLDOVER REMOVED                  11-18-2004 0526  11-18-2004 0526
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF     11-01-2004 1725  11-18-2004 0526
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL     11-01-2004 1725  11-01-2004 1725
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    11-01-2004 0915  11-01-2004 1725
OKL    HLD REMOVE  HOLDOVER REMOVED                  11-01-2004 0815  11-01-2004 0815
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF     09-24-2004 1800  11-01-2004 0815
S20    RELEASE     RELEASED FROM IN-TRANSIT FACL     09-24-2004 1900  09-24-2004 1900
S20    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    09-24-2004 0701  09-24-2004 1900
OAK    TRANSFER    TRANSFER                          09-24-2004 0601  09-24-2004 0601
OAK    A-REL CHNG  ADMISSION FOR RELEASE CHANGE      09-24-2004 0600  09-24-2004 0601
4-C    RELEASE     RELEASED FROM IN-TRANSIT FACL     09-24-2004 0700  09-24-2004 0700
4-C    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    09-24-2004 0521  09-24-2004 0700
OAK    TRANSFER    TRANSFER                          09-24-2004 0421  09-24-2004 0421
OAK    A-DES       DESIGNATED, AT ASSIGNED FACIL     06-29-2004 1226  09-24-2004 0421
OAK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     06-29-2004 0810  06-29-2004 1226
OAK    A-DES       DESIGNATED, AT ASSIGNED FACIL     11-25-2003 1537  06-29-2004 0810
OAK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     11-25-2003 1127  11-25-2003 1537
OAK    A-DES       DESIGNATED, AT ASSIGNED FACIL     07-26-2002 1207  11-25-2003 1127
OAK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     07-26-2002 0817  07-26-2002 1207
OAK    A-DES       DESIGNATED, AT ASSIGNED FACIL     06-14-2002 1315  07-26-2002 0817
S23    RELEASE     RELEASED FROM IN-TRANSIT FACL     06-14-2002 1415  06-14-2002 1415
S23    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL    06-14-2002 0510  06-14-2002 1415
OKL    HLD REMOVE  HOLDOVER REMOVED                  06-14-2002 0410  06-14-2002 0410




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERGX              *       PUBLIC INFORMATION        *    06-26-2006
PAGE 002           *          INMATE DATA            *    14:28:14
                           AS OF 06-26-2006

REGNO..: 03854-078  NAME: GILBERT-BEY, REGINALD THADDEUS

               RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 570-547-0963    FAX: 570-547-9201
OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF   06-11-2002 1500  06-14-2002 0410
S19   RELEASE     RELEASED FROM IN-TRANSIT FACL   06-11-2002 1600  06-11-2002 1600
S19   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-11-2002 0645  06-11-2002 1600
TRV   TRANSFER    TRANSFER                        06-11-2002 0545  06-11-2002 0545
TRV   A-DES       DESIGNATED, AT ASSIGNED FACIL   07-03-2001 1330  06-11-2002 0545
S19   RELEASE     RELEASED FROM IN-TRANSIT FACL   07-03-2001 1430  07-03-2001 1430
S19   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  07-03-2001 0430  07-03-2001 1430
OKL   HLD REMOVE  HOLDOVER REMOVED                07-03-2001 0330  07-03-2001 0330
OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF   06-12-2001 1545  07-03-2001 0330
S19   RELEASE     RELEASED FROM IN-TRANSIT FACL   06-12-2001 1645  06-12-2001 1645
S19   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-12-2001 0658  06-12-2001 1645
BMP   TRANSFER    TRANSFER                        06-12-2001 0558  06-12-2001 0558
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   02-05-2001 2143  06-12-2001 0558
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   02-02-2001 0440  02-05-2001 2143
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   10-30-2000 1716  02-02-2001 0440
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   10-30-2000 0702  10-30-2000 1716
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   07-21-2000 1659  10-30-2000 0702
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   07-21-2000 0814  07-21-2000 1659
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   07-07-2000 2202  07-21-2000 0814
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   07-03-2000 0408  07-07-2000 2202
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   05-09-2000 1714  07-03-2000 0408
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   05-09-2000 0605  05-09-2000 1714
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   04-07-2000 1719  05-09-2000 0605
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   04-07-2000 0445  04-07-2000 1719
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   04-01-2000 1351  04-07-2000 0445
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   03-30-2000 0250  04-01-2000 1351
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   03-10-2000 1713  03-30-2000 0250
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   03-10-2000 0704  03-10-2000 1713
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   02-14-2000 1753  03-10-2000 0704
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   02-14-2000 0404  02-14-2000 1753
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   09-22-1999 1224  02-14-2000 0404
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   09-22-1999 0854  09-22-1999 1224
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   07-06-1999 1839  09-22-1999 0854
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   07-06-1999 0448  07-06-1999 1839
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   06-07-1999 1200  07-06-1999 0448
BMP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   06-07-1999 0728  06-07-1999 1200
BMP   A-DES       DESIGNATED, AT ASSIGNED FACIL   08-18-1998 1452  06-07-1999 0728
B18   RELEASE     RELEASED FROM IN-TRANSIT FACL   08-18-1998 1552  08-18-1998 1552




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERGX              *          PUBLIC INFORMATION          *    06-26-2006
PAGE 003           *             INMATE DATA              *    14:28:14
                              AS OF 06-26-2006

REGNO..: 03854-078 NAME: GILBERT-BEY, REGINALD THADDEUS

                   RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963    FAX: 570-547-9201
PRE-RELEASE PREPARATION DATE: 02-26-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-26-2018 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: TEXAS, EASTERN DISTRICT
DOCKET NUMBER...................: 6:92CR24(2)
JUDGE...........................: JUSTICE
DATE SENTENCED/PROBATION IMPOSED: 04-09-1993
DATE COMMITTED..................: 04-27-1993
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $150.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: CONSP TO PWITD COCAINE,PWITD COCAINE,I/T TO FACL DIST OF COCAI
         COCAINE.VIOL.T21:846,841(A)(1)&(B)(1)(A),T18:1952.

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    360 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 04-24-1992




G0002          MORE PAGES TO FOLLOW . . .
```

```
    NERGX              *         PUBLIC INFORMATION         *      06-26-2006
PAGE 004 OF 004        *            INMATE DATA             *      14:28:14
                                  AS OF 06-26-2006

REGNO..: 03854-078 NAME: GILBERT-BEY, REGINALD THADDEUS
                   RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963    FAX: 570-547-9201
-----------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-04-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-17-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-09-1993
TOTAL TERM IN EFFECT............:   360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    30 YEARS
EARLIEST DATE OF OFFENSE........: 04-24-1992

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     04-28-1992     04-08-1993

TOTAL PRIOR CREDIT TIME.........: 346
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1340
TOTAL GCT EARNED................: 675
STATUTORY RELEASE DATE PROJECTED: 08-26-2018
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-27-2022

TYPE OF HEARING.................: NOT ELIGIBLE

PROJECTED SATISFACTION DATE.....: 08-26-2018
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```