Reginald T.
03856-07R

**RECEIVED**

SEP 18 2006

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

Clerk of the Court for the
United States District Court
Western District of Pennsylvania
Attention: Judge
P.O. Box
Erie, Pennsylvania

LEGAL MAIL

MAILED FROM
PENITENTIARY