IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD T. GILBERTBEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 05-69E |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| UNITED STATES OF AMERICA, et al., | ) | Magistrate Judge Susan Paradise Baxter |
| | ) | |
| Defendants. | ) | *Electronically Filed* |

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of Federal Defendants' Motion to Strike Second Amended Complaint, IT IS HEREBY ORDERED that Federal Defendants' Motion is GRANTED.

Plaintiff's Second Amended Complaint (docket No. 34) is hereby stricken.

_____, J.

cc: All parties of record